NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NATALIE GREEN,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2026-1658

---

Petition for review of the Merit Systems Protection Board in No. CH-844E-21-0041-I-2.

--------------------------------------------------------

**NATALIE GREEN,**
*Petitioner*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent*

---

2026-1660

---

Petition for review of the Merit Systems Protection Board in No. CH-844E-21-0041-I-1.

---------------------------------------------------------

**NATALIE GREEN,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

———————————

2026-1661

———————————

Petition for review of the Merit Systems Protection Board in No. CH-844E-21-0041-I-2 and/or appeal from the United States District Court for the Northern District of Illinois in No. 21-cv-06830, Judge John F. Kness.

———————————

Before TARANTO, CHEN, and STOLL, *Circuit Judges.*

PER CURIAM.

## O R D E R

Natalie Green appealed a retirement annuity payment calculation to the Merit Systems Protection Board, which docketed the appeal as No. CH-844E-21-0041-I-1. The assigned administrative judge dismissed the appeal without prejudice to automatic refiling, and when Ms. Green refiled, the matter was docketed as No. CH-844E-21-0041-I-2, but the administrative judge dismissed the appeal for lack of jurisdiction. Ms. Green sought review in the United States District Court for the Northern District of Illinois, which dismissed the case. She later sought this court's review. We now consider the parties' responses to our order to address this court's jurisdiction.

Ms. Green's response[1] indicates that she seeks this court's review of the Board's final decision in No. CH-844E-21-0041-I-2 dismissing her appeal for lack of jurisdiction,[2] Appeal No. 2026-1658, ECF No. 15 at 8, and she expressly abandons any discrimination claim to the extent any were raised with the Board, Appeal No. 2026-1658, ECF No. 16. Under the circumstances, the court will allow Appeal No. 2026-1658 to proceed to briefing. The court also grants the Office of Personnel Management's request to recaption this appeal to designate the Board as the respondent in Appeal No. 2026-1658, *see* 5 U.S.C. §7703(a)(2). Ms. Green does not appear to seek review of the district court's decision, which the Board correctly notes we would lack jurisdiction to review. *See* 28 U.S.C. § 1295(a). We thus dismiss Appeal No. 2026-1661 and Appeal No. 2026-1660 as adding nothing to Appeal No. 2026-1658.[3]

Accordingly,

---

[1] Ms. Green filed a response including all three cases (two before the Board, one before the district court) in its caption, Appeal No. 2026-1658, ECF No. 15 at 1.

[2] For example, Ms. Green states that she "believes this court has jurisdiction over this matter as it is her belief that MSPB Board had jurisdiction and authority to adjudicate her (auto) **Re-filed 06/17/2021 MSPB Appeal by AJ Senoo** on its merits and therefore erred in making its Initial Final Decision to dismiss it on **10/19/2026** [sic] for lack of jurisdiction." Appeal No. 2026-1658, ECF No. 15 at 4 (emphases in original).

[3] We note that the record filed in Appeal No. 2026-1658 includes the CH-844E-21-0041-I-1 decision. *See* Appeal No. 2026-1658, ECF No. 7 at 9–26 (certified list filed by the Board).

4                                                              GREEN v. MSPB

IT IS ORDERED THAT:

(1) The official caption and short caption for Appeal No. 2026-1658 are revised as reflected in this order to designate the Merit Systems Protection Board as the respondent.

(2) Appeal Nos. 2026-1660 and 2026-1661 are dismissed with each side to bear its own costs.

(3) ECF No. 16 in Appeal No. 2026-1658 is accepted as Ms. Green's corrected Statement Concerning Discrimination.

(4) Ms. Green's opening brief in Appeal No. 2026-1658 is due no later than 60 days from the date of entry of this order.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

July 23, 2026
Date